In the Matter of ARTHUR KRAM et al., Respondents, against PAUL L. Ross et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondent, and HOTEL WELLINGTON, INC., Appellant.

Argued October 12, 1949; decided November 17, 1949.

*Robert H. Mulreany, Robert D. Elder* and *William H. Welsh* for appellant.

*Irving Lemov* for petitioners, respondents.

*Tobias Weiss, Nathan W. Math, Alfred Weinstein* and *Joseph Jay* for Temporary City Housing Rent Commission of the City of New York, respondent.

Order affirmed and order absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.